**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| MICHELLE MCLAUGHLIN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendants. | 2:16-cv-02476-RFB-VCF <br> **ORDER** |

Wal-Mart's Motion for Protective Order Precluding Inappropriate Areas of Examination of FRCP 30(b)(6) Deposition (ECF NO. 15) was decided on April 10, 2017. (ECF No. 21).

Accordingly,

IT IS HEREBY ORDERED that Wal-Mart's Motion to Stay FRCP 30(b)(6) Deposition (ECF No. 16) is DENIED as MOOT.

DATED this 13th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE