**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MICHELLE MCLAUGHLIN,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendants. | 2:16-cv-02476-RFB-VCF<br>**ORDER** |

    Before the Court is Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23 and 24).

    IT IS HEREBY ORDERED that the Rule 30(b)(6) Deposition scheduled for April 17, 2017 is stayed, pending further order of the court.

    IT IS FURTHER ORDERED that any opposition to Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23 and 24) must be filed on or before April 25, 2017. Any reply in support of Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23 and 24) must be filed on or before May 2, 2017.

    IT IS FURTHER ORDERED that a hearing on Defendant Wal-Mart Stores, Inc.'s Motion for

///

///

///

1 | Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition
2 | (ECF Nos. 23 and 24) is scheduled for 10:00 AM, May 5, 2017, in Courtroom 3D.
3 |      DATED this 17th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE