# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHELLE MCLAUGHLIN,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendants.

2:16-cv-02476-RFB-VCF

**AMENDED ORDER**

     Before the Court are Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF No. 23) and Plaintiffs' Motion to Compel Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24).

     IT IS HEREBY ORDERED that the Rule 30(b)(6) Deposition scheduled for April 17, 2017 is stayed, pending further order of the court.

     IT IS FURTHER ORDERED that any opposition to Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF No. 23) must be filed on or before April 25, 2017. Any reply in support of Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF No. 23) must be filed on or before May 2, 2017.

     IT IS FURTHER ORDERED that any opposition to Plaintiffs' Motion to Compel Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24) must be filed on or before April 5, 2017. Any reply in support of Plaintiffs' Motion to Compel

Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24) must be filed on or before May 2, 2017.

IT IS FURTHER ORDERED that a hearing on Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23) and Plaintiffs' Motion to Compel Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24) is scheduled for 10:00 AM, May 5, 2017, in Courtroom 3D.

DATED this 18th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE