# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHELLE MCLAUGHLIN,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendants. | 2:16-cv-02476-RFB-VCF<br>**ORDER** |

      The court has been notified that the parties have reached a settlement agreement (ECF No. 30).

      In light of the settlement agreement,

      IT IS HEREBY ORDERED that the hearing on Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23) and Plaintiffs' Motion to Compel Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24) scheduled for 10:00 AM, May 5, 2017 is VACATED.  Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order to Postpone FRCP 30(b)(6) Deposition and Motion to Stay FRCP 30(b)(6) Deposition (ECF Nos. 23) and Plaintiffs' Motion to Compel Defendant to Appear for Its FRCP 30(b)(6) Deposition; and Request for Attorney Fees and Appropriate Sanctions (ECF No. 24), and Motion to Compel (ECF No. 29) are DENIED as MOOT without prejudice.

      IT IS FURTHER ORDERED that a stipulation and order for dismissal must be filed on or before May 30, 2017.

      DATED this 25th day of April, 2017.

                                                  _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE